**UNITED STATES COURT OF INTERNATIONAL TRADE** **FORM 1**

**Consolidated Metco, Inc.**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

**S U M M O N S**

**Court No. 26-3018**

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

**/s/ Gina Justice**
Clerk of the Court

**PROTEST**

| | | | |
|---|---|---|---|
| Port(s) of Entry: | 2304 | Center (if known): | Automotive & Aerospace |
| Protest Number: | 230426103930 | Date Protest Filed: | 04/04/2026 |
| Importer: | Consolidated Metco, Inc. | Date Protest Denied: | 05/08/2026 |
| Category of Merchandise: | Wheel Hubs | | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 101-0756662-2 | 04/01/2025 | 10/17/2025 | | | |
| 101-0739457-9 | 12/21/2024 | 10/17/2025 | | | |
| | | | | | |
| | | | | | |

Michael Roll
Roll & Harris LLP
2121 Avenue of the Stars Ste 800
Los Angeles CA 90067
310-294-9501
michael.roll@thetradelawfirm.com

Name, Firm, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

**Appraised Value of Merchandise**

| | Statutory Basis | Statement of Value |
|---|---|---|
| Appraised: | | |
| Protest Claim: | | |

**Classification, Rate or Amount**

| | Assessed | | Protest Claim | |
|---|---|---|---|---|
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Wheel Hubs | 9903.88.03/<br>8716.90.5060 | 25%<br>3.1% | S8716.90.5060 | FREE |
| | 9903.88.03/<br>9903.01.24/<br>8708.99.8180 | 25%<br>20%<br>2.5% | S8708.99.8180 | FREE |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

CBP erroneously determined that the origin of the items at issue was China based on the iron casting component from China imparting the essential character to the completed automotive, Class 8 vehicle wheel hubs instead of correctly applying the substantial transformation test and determining that the complex and meaningful assembly that occurred in Mexico substantially transformed the non-Mexican origin components into a Mexican origin item.

The issue which was common to all such denied protests:

CBP's determination that no substantial transformation occurred in Mexico.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/Michael Roll

*Signature of Plaintiff's Attorney*

May 29, 2026

*Date*

## SCHEDULE OF PROTESTS

______________________________
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| | | | | | | |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26 ,2021; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)