UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. KARA M. WESTERCAMP, JUDGE

| | | |
|---|---|---|
| CONSOLIDATED METCO, INC. | : | |
| Plaintiff, | : | Court No. 26-03018 |
| v. | : | |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | : | |

**ORDER**

Upon reading defendant's consent motion for an extension of time to respond to plaintiff's complaint, it is hereby

ORDERED that defendant's consent motion be, and hereby is, granted; and it is further

ORDERED that defendant's time to file a response to plaintiff's complaint is hereby extended from November 16, 2026, to, and including, December 16, 2026.

______________________________
JUDGE

Dated: New York, New York
This ______ day of ______, 2026

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. KARA M. WESTERCAMP, JUDGE

| | | |
|---|---|---|
| CONSOLIDATED METCO, INC. | : | |
| Plaintiff, | : | Court No. 26-03018 |
| v. | : | |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | : | |

**DEFENDANT'S CONSENT MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

The United States, defendant, pursuant to Rules 6(b), and 7 of the United States Court of International Trade, respectfully moves this Court for a thirty (30) day extension of time, from November 16, 2026 to, and including, December 16, 2026, to file a response to plaintiff's complaint. This is our first request for an extension of time for this purpose.

When a motion is made prior to a filing deadline, the Court may, for good cause, extend the time within which a party must act. *See* USCIT Rule 6(b)(1)(A). Good cause requires the moving party to show that the deadline for which an extension is sought cannot reasonably be met despite the movant's diligent efforts to comply with the schedule. *See High Point Design LLC v. Buyers Direct, Inc.*, 730 F.3d 1301, 1319 (Fed. Cir. 2013) (discussing "good cause" in the context of Federal Rule of Civil Procedure 16(b)); *United States v. Horizon Prods. Int'l, Inc.*, 38 CIT ___, ___, 34 F. Supp. 3d 1365, 1367 (Ct. Int'l Trade 2014) (diligence is the "primary consideration" under the general

good cause standard applicable to USCIT Rules 6(b) and 16(b)).

Good cause exists for this motion. Counsel for the Government has been conferring with U.S. Customs and Border Protection (CBP) regarding the factual allegations and legal claims of the complaint, and through agency counsel, has been gathering the information necessary to develop an appropriate response to the complaint. However, completing the task of gathering the necessary information has taken longer than anticipated, due to the workload of CBP's agency counsel and the schedules of the personnel with relevant information or documents. Consequently, we respectfully request additional time to allow CBP to complete its inquiry and recommendation process, and to afford undersigned Government counsel sufficient time to review and incorporate the agency's views and recommendations into the response to plaintiff's complaint.

On November 3, 2026, Edward Kenny, counsel for defendant, conferred with Mr. Michael Roll, of the Law Offices of Roll & Harris LLP, 2121 Avenue of the Stars – Suite 800, Los Angeles, CA 90067, counsel for plaintiff, who informed Mr. Kenny that, on behalf of his client, he consents to the Government's requested extension of time.

WHEREFORE, defendant respectfully requests that its consent motion be granted.

Dated: November 4, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

PATRICIA McCARTHY
Director

By: /s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-In-Charge

/s/Edward F. Kenny
EDWARD F. KENNY
Senior Trial Counsel
International Trade Field Office
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278
Attorneys for Defendant
(202) 305-5216